# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

_____Charlotte_____ Division

| | |
|---|---|
| Al Smile <br><br> _Plaintiff(s)_ <br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Wilentz Limited Liability Company, LLC <br> Wilentz, Goldman & Spitzer, P.A. <br> David Wildstein <br><br> _Defendant(s)_ <br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:19CV162-GCM <br> _(to be filled in by the Clerk's Office)_ <br><br> FILED <br> CHARLOTTE, NC <br> APR - 3 2019 <br> US DISTRICT COURT <br> WESTERN DISTRICT OF NC |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Al Smile |
  | Street Address | 4117 Park Rd #11571 |
  | City and County | Charlotte/ Mecklenburg |
  | State and Zip Code | North Carolina 28209 |
  | Telephone Number | 704-975-2529 |
  | E-mail Address | alsmile1@gmail.com |

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Wilentz Limited Liability Company, LLC |
| Job or Title *(if known)* | N/A |
| Street Address | 90 Woodbridge Ctr Dr Suite #900 |
| City and County | Woodbridge Township/ Middlesex County |
| State and Zip Code | New Jersey, 07095 |
| Telephone Number | 7326368000 |
| E-mail Address *(if known)* | dwildstein@wilentz.com |

**Defendant No. 2**

| | |
|---|---|
| Name | Wilentz, Goldman & Spitzer, P.A. |
| Job or Title *(if known)* | N/A |
| Street Address | 90 Woodbridge Ctr Dr Suite #900 |
| City and County | Woodbridge County/ Middlesex |
| State and Zip Code | New Jersey, 07095 |
| Telephone Number | 732-636-8000 |
| E-mail Address *(if known)* | dwildstein@wilentz.com |

**Defendant No. 3**

| | |
|---|---|
| Name | David Wildstein |
| Job or Title *(if known)* | Senior, Managing Partner of Family Law, Matrimonial Division |
| Street Address | 90 Woodbridge Ctr Dr #900 |
| City and County | Woodbridge Township/ Middlesex County |
| State and Zip Code | New Jersey, 07095 |
| Telephone Number | 732-636-8000 |
| E-mail Address *(if known)* | dwildstein@wilentz.com |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**II.** **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18 U.S.C. 241 Statute makes it unlawful for two or more persons to conspire to injure, threaten, or intimidate a person in any state, territory. or district in the free excercise or enjoyment of any right or privelege sevured to him or her by the Consitution or the Laws of the U.S. (A well coordinated vindictave hate campaign was Orchestrated and Perpetrated against my Son and I and continues!

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Al Smile, is a citizen of the State of *(name)* North Carolina.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* David Wildstein, is a citizen of the State of *(name)* New Jersey. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* Wilentz, Goldman & Spitzer, P.A. , is incorporated under the laws of the State of *(name)* New Jetrsey , and has its principal place of business in the State of *(name)* New Jersey .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Due to the onslaught of sabotage, Virtual (Cyber), Psychological, Financial and attempts at Physical Attacks and Atrocities have cost me everything, incuding a deterioration of my health dur to the extraordinary stress factors! This Person (David Wildstein) has allowed my Son's Mom, (his new wife) the represented in our exhausting Custody Case weaponize the forces and resources of this law firm to perpetuate this unspeakable Acts of terror against My Son & I!

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Charlotte, NC mostly, in different various places, and in many different ways.
The Attacks, Stalking and Harassment has been Viscious and Malicious!
There has been 10's of $Thousands$ of Dollars spent on P.I. Svc's Confirmed by Mecklenburg County Police. There was an attempted physical attack litterally directed from NJ against Us here in Charlotte. Once again, spontaneous and poorly planned clearly Documented, 911 was called, we have all information to absolutely confirm 100% this was an intentional deliberate act designed to cause either an arrest or harm to be caused directly to me. There are phone records, financial records, witnesses in NJ, text messages and forensic, digital footprint information that can confirm. Police Officer's/ Witnesses!

B. What date and approximate time did the events giving rise to your claim(s) occur?

The Sabotage/ Vindictive Hate Campaign began the beginning of Jan-2018, went on for several months as the situation became more progressive & aggressive. I did not realize that this coordinated well thought out, methodical concocted collaboration was actually going on, until we kept having to go to court defending several, tricky technicality type of eviction tactics that were being used in a very accelerated sequential manner. After several months of these dirty tricky tactics (came very close to working) they ended up accidentally getting caught in what seemed to be a strategic perjury trap on my part, though admittedly, it was accidental. We ended up finally prevailing in the case & the Judge ruled in our favor! Shortly after serious collaboration of retaliation began by All! This is when I figured it out!

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My Son is a Special needs Child. I was awarded custody of him @ 11 Yrs old by the head Judge in Essex County, NJ (Honorable Judge Troiano) (See attached Profile). My Son's Mom never got over this and has been through several Attorneys, married a few times and worked her way up to the top floor after her Fiance in the same law firm hired this top attorney for her who she ended up marrying and his entire matrimoial team quit on him. Our Son had some issues Nov/Dec 2017 & had to go to a treatment center. During this period I discovered some very troubling thing by his Mom's New Phone frequently dialing me & leaving messages on vmail when I'd miss the call otherwise I'd listen out of curiousity since they were talking about Our Son and the Situation. I found their conversation to be disturbing. I also discovered some things that I wasn't supposed to know and when I confronted my Son's Mom she was infuriated. Since, they choked off all financial support and assistance they both agreed to pay and did timely and cositently for several years ($5,900. Per Month). Payments Stopped Retaliation Began!

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

When I 1st filed for Custody for my Son when @ 11 years old, I did so because he was being given alcohol to knock him out when a certain Paramour would visit and every summer he pleaded with me to. I worked very hard for over 20 years and built a technology communications company (AT&T Franchise). A Publicly traded company bought us out $Multi-Million$ buy out! I decided it was finally time and I did it. This has been going on in a manner of speaking since. My Son's Mom ended up Marrying her Lawyer and when she recently got upset about the salacious discoveries accidentally made it was infuriating to her! Our case was about them giving Our Son alcohol. I also discovered that they allowed him to get sick drunk at their wedding at 16 yrs old and he ended up getting beat up (Bloody Bad) Severely by one of her family members she's very protective of. Then they tried covering it all up. It happened again by a different family member I also found out. My Son was bullied a lot in school and with his issues he's always been a target. The discovery of the salacious behavior regarding the same Paramour who is dear to her puts her fantasy financial state at grave risk now so she thinks. She's Mad!

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My Son's Mom & "New Lawyer Husband" agreed to pay $3,800. Gift from the Mom, (tax beneficial) & a $2,100. per month consulting fee from her new lawyer husband (tax beneficial). He owes me now in back payments, $2,100. X 19 Months = ($39,900). My Son's Mom owes $3,800. X 17 Months = ($72,200). I am also requesting reimbursement of rent I paid during the 17 months of misery & terror they bestowed upon us for these past 17 months! The rent I paid I never enjoyed! (17 X $1,590. = $27,030). If the business tort law would be applicable here, I'd request the Court Order they each pay this amount! I'll ask the court to take into consideration requiring All defendants proportionately to pay me immediate Atty Fees! This case cries out for Justice! I'll need to seek assistance of Professional Council (Fair Playing Field)! I need someone who deals in these types of cases Multi-State, (different Collaborating Parties Involved, etc). I'd like to ask the court to grant reasonable attorney fees proportionately from each party that I listed in these coorelating series of complaints! I'd request an initial minimum Amt of $25,000. Per Defendant. This will allow me to represent my claim, revealing these attrocities!

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/03/2019

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: Al Smile

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____